THE HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA DEAL,<br><br>     Plaintiff,<br><br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT L.L.C., and DOES 1-10, INCLUSIVE,<br><br>     Defendants. | NO. 17-cv-01927<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT LLC TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

**ORDER**

This matter, having come before this Court on the Parties' Joint Motion to Extend Time for Defendant Receivables Performance Management LLC to File Responsive Pleading to Complaint and the Court having reviewed the pleadings on file in this matter, including the Parties' Joint Motion,

IT IS HEREBY ORDERED that the Parties' Joint Motion to Extend Time for Defendant Receivables Performance Management LLC to File Responsive Pleading to Complaint is

ORDER GRANTING JOINT MOTION-1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

GRANTED. Defendant Receivables Performance Management LLC's responsive pleading shall be filed no later than February 9, 2018.

DATED this 5 day of February 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION-2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822