THE HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA DEAL,<br><br>                     Plaintiff,<br><br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT L.L.C., and DOES 1-10, INCLUSIVE,<br><br>                     Defendants. | NO. 17-cv-01927<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR RULE 26(F) CONFERENCE, INITIAL DISCLOSURES, AND THE PARTIES' JOINT STATUS REPORT**<br><br>**[FRCP 6(b)(1)(A)]** |

**ORDER**

This matter, having come before this Court on the Parties' Joint Motion to Extend Time for parties to conduct the necessary FRCP 26(f) status conference, file their respective initial disclosures, and submit a joint status report to the Court. The parties further request that Defendant be permitted to file its answer to Plaintiff's complaint on or before February 23, 2018. The Court has reviewed the pleadings on file in this matter, including the Parties' Joint Motion.

ORDER GRANTING JOINT MOTION-1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

IT IS HEREBY ORDERED that the Parties' Joint Motion to Extend Time for Rule 26(f) Conference, Initial Disclosures, and the parties' joint status report is GRANTED. The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| Task | Deadline |
|---|---|
| FRCP 26(f) status conference | March 2, 2018 |
| Initial Disclosures | March 9, 2018 |
| Joint Status Report | March 16, 2018 |

Defendant Receivables Performance Management's responsive pleading shall be filed on or before February 23, 2018.

DATED this 12 day of February, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

GORDON REES SCULLY MANSUKHANI, LLP

s/ *David W. Silke*
David W. Silke, WSBA #23761

s/ *Elizabeth K. Morrison*
Elizabeth K. Morrison, WSBA #43042
Attorneys for Defendant Receivables Performance Management, L.L.C.
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5112
Fax: (206) 689-2822
dsilke@grsm.com
emorrison@grsm.com

ORDER GRANTING JOINT MOTION-2

/36780224v.1