# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jessica Deal,<br><br>Plaintiff,<br><br>vs.<br><br>Receivables Performance Management, L.L.C.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01927-RSM<br><br>**ORDER** |

Based on the stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 20, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by*

| | |
|---|---|
| STASCH LAW LLC | GORDON REES SCULLY MANSUKHANI, LLP |
| /s/ *Sarah Stasch* | /s/ *Elizabeth K. Morrison* |
| Sarah Stasch, WSBA #26987 | Elizabeth Morrison, WSBA # 43042 |
| STASCH LAW LLC | |
| 33530 First Way South, Suite 102 | /s/ *David W. Silke* |
| Federal Way, WA 98003 | David W. Silke, WSBA # 23761 |
| Of Counsel to | GORDON REES SCULLY |
| LEMBERG LAW LLC | MANSUKHANI, LLP |
| 43 Danbury Road | 701 5th avenue, Suite 2100 |
| Wilton, CT 06897 | Seattle, WA 98104 |
| Telephone: (253) 253-0539 | T: (206) 695-5100 |
| Facsimile: (253) 253-0701 | F: (206) 689-2822 |
| Email: staschlaw@gmail.com | emorrison@grsm.com |
| Attorneys for Plaintiff | dwilke@grsm.com |
| Jessica Deal | Attorneys for Defendant |